WINTER, INC. *v.* URBAN REDEVELOPMENT COMMISSION

ALCORN, C. J., HOUSE, COTTER, THIM and RYAN, Js.

Argued October 7—decided October 14, 1970

*Lawrence Gochberg,* for the appellant (plaintiff).

*Robert M. Wechsler,* for the appellee (defendant).

PER CURIAM.  Because the findings of subordinate facts are fatally inconsistent, the conclusion of the referee as to the fair market value of the real estate cannot be sustained.

There is error, the judgment is set aside and the case is remanded for a new trial.